**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BAGNER FABIAN CARRANZA LOOR,**

**Petitioner,**

**- against -**

**WARDEN IN CHARGE OF ICE DETENTION, ET AL.,**

**Respondents.**

---

**26-cv-6794 (JGK)**

**<u>Order</u>**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by telephone, for a conference regarding the petitioner's petition for writ of habeas corpus **today, August 10, 2026, at 4:30 p.m.**

Dial-in: 646-453-4442, with access code 675 278 33#

**SO ORDERED.**

**Dated:** **New York, New York**
**August 10, 2026**

/s/ John G. Koeltl

**John G. Koeltl**
**United States District Judge**