UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAGNER FABIAN CARRANZA LOOR,

Petitioner,

- against -

WARDEN IN CHARGE OF ICE DETENTION, ET AL.,

Respondents.

26-cv-6794 (JGK)

**Order**

**JOHN G. KOELTL, District Judge:**

The parties agree that venue is proper in this District because the petitioner was located in the Southern District of New York at the time this petition was filed. Therefore, the Government should promptly return the petitioner to the Southern or Eastern Districts of New York or the District of New Jersey. During the pendency of this proceeding, the petitioner shall not be removed from the Southern or Eastern Districts of New York or the District of New Jersey.

The Government shall produce to the petitioner's counsel the relevant documents with respect to the petitioner's arrest, removal, and asylum application. The Government is directed to confer with the petitioner's counsel and to submit a proposed schedule by **Thursday, August 13, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
August 10, 2026

John G. Koeltl
United States District Judge