UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAGNER FABIAN CARRANZA LOOR,<br>Petitioner,<br>- against -<br>WARDEN IN CHARGE, *et al.*,<br>Respondents. | **No. 26 Civ. 6794 (JGK)**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is dismissed without prejudice and without costs or attorney's fees pursuant to Fed. R. Civ. P. 41(a)(2). Petitioner commenced this habeas corpus action to challenge his immigration detention, but he has decided to take voluntary departure and wishes to withdraw this action.

Elmhurst, New York
August 19, 2026

YURI HOVHANNISYAN, ESQ.
*Attorney for Petitioner*

Yuri Hovhannisyan, Esq.
52-47 83rd Street
Elmhurst, New York 11373
Tel. (646) 939-6237

New York, New York
August 19, 2026

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743

SO ORDERED:

/s/ John G. Koeltl

HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully requested to close this case.